# United States Court of Appeals
## For the First Circuit

No. 07-1958

VICTOR BELTRE-VELOZ,

Petitioner,

v.

MICHAEL B. MUKASEY, ATTORNEY GENERAL,

Respondent.

ERRATA SHEET

The opinion of this Court issued on July 9, 2008 is corrected as follows:

On page 7, line 23, "Gonález-Rucci" should be "González-Rucci"